BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 9, TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Respondent, v. LILLIE S. BEDELL and Others. Defendants. RACHEL ISRAEL, Appellant.— Motion to dismiss appeals denied upon condition that appellant perfect the appeals for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

MARY A. BRADY, Respondent, v. FRANCIS P. BRADY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

RUSSELL CLARK, Respondent, v. ANNA COHN, Appellant. NEW YORK EVENING POST, INC., Defendant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JACOB COOPERSTEIN, Respondent, v. JOSEPH SHARKEY and Others, Defendants. HARRY BUTLER and ERNST KOCH, Appellants. (Action No. 4.) — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

FRANCIS E. DE RAISMES, Landlord, Respondent, v. HAROLD L. R. THOMAS, Tenant. Appellant, and JOSEPHINE DOWNS and MARY ELLIS, Undertenants, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ROBERT H. ELDER, Respondent, v. ANTLERS GOLF AND COUNTRY CLUB, INC., Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JACOBE GESELE and HATTIE GESELE, His Wife, Respondents, v. GERDA M. JOHANSEN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ABRAHAM K. HITTI, Respondent, v. ELIZABETH N. HITTI, Appellant.— Motion for stay of trial granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (SAMUEL CHERON).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (ARCHIBALD S. GELLIS.) — While the respondent should have complied with the order directing the deposit, the failure to do so promptly occasioned no loss and we are of opinion he should be and hereby is censured. In the circumstances no further proceedings are necessary. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (GEORGE J. LESSER.) — Motion to amend petition granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.